UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA 18-cv-06790 VAP (ASx) | Date | 11/19/2018 |
| Title | *Lake Hughes Recovery v. Humana Behavioral Health, Inc.* | | |

Present: The Honorable VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jeremy Ross | Janis Hui Ozaki |

**Proceedings:** DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT; [DOC NO. 21]

Matter called. Counsel for the parties are present as referenced above. Court Issue's tentative ruling and invites oral argument of Counsel. The Court having heard from counsel, takes the matter under submission. Court will issue final ruling.

**IT IS SO ORDERED.**